Argued and submitted November 18, 1988, affirmed July 5, reconsideration denied September 1, petition for review allowed November 14, 1989 (308 Or 500)

In the Matter of Dahl, Jeremy, Chantel, and Robert, Minor Children.

STATE ex rel JUVENILE DEPARTMENT OF MULTNOMAH COUNTY,
*Respondent,*

*v.*

DAHL,
*Appellant.*

(81,803, 81,803A, 81,803B; CA A46445)

775 P2d 931

Peter Miller, Portland, argued the cause for appellant. With him on the briefs was Pfister, Tripp & Mendez, P.C., Portland.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Mother appeals a judgment that terminated her parental rights to her three children. ORS 419.523(2). She first contends that the social agencies involved did not provide her with individualized psychotherapy and, therefore, failed to fulfill their statutory duty to exert "reasonable efforts" to assist her in adjusting her circumstances. ORS 419.523(2)(e). On *de novo* review, we conclude that Children's Services Division made reasonable efforts to assist mother.[1]

Mother next contends that, although the court provided appointed counsel, she did not receive effective assistance of counsel. The question of counsel's effectiveness in a parental termination proceeding may not be raised on direct appeal. *State ex rel Juv. Dept. v. Geist,* 97 Or App 10, 775 P2d 843 (1989).

Affirmed.

---

[1] The trial court noted in the order that mother "has been accorded more social service assistance than virtually any litigant seen by this Court or the C.S.D. worker, but cannot use these resources to become self-sufficient."